JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its assignees and/or successors, by and through its servicing agent Fay Servicing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 16-31207 HLB |
| **Anthony Robert Fisher** | § | |
| **Kathleen Blackburn Fisher**, | § | Chapter: 13 |
| | § | |
| Debtors. | § | |

**REQUEST FOR SPECIAL NOTICE**
**PURSUANT TO BANKRUPTCY RULES**
**2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its assignees and/or successors, by and through its servicing agent Fay Servicing in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP hereby requests special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following address:

McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

M&H File No. CA-17-134119

1

2    Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its assignees and/or successors, by and through its servicing agent Fay Servicing must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

3

4

5    Dated:  2/15/2017                                    McCarthy & Holthus, LLP

6
                                                   By:   /s/  Jennifer C. Wong
7                                                        Jennifer C. Wong, Esq.,
                                                         Attorney for Wilmington Trust, National
8                                                        Association, not in its individual capacity, but
                                                         solely as trustee for MFRA Trust 2015-1, its
9                                                        assignees and/or successors, by and through its
                                                         servicing agent Fay Servicing
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29