JaVonne M. Phillips, Esq. SBN 187474
Jennifer C. Wong, Esq. SBN 246725
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811
jwong@mccarthyholthus.com

Attorneys for
Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1, its assignees and/or successors, by and through its servicing agent Fay Servicing

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 16-31207 HLB |
| Anthony Robert Fisher<br>Kathleen Blackburn Fisher, | Chapter 13 |
| Debtors. | |
| | **CERTIFICATE OF SERVICE** |
| | Judge: Hannah L. Blumenstiel |

1

File No. CA-17-134119
Certificate of Service, Case No. 16-31207 HLB
Case: 16-31207   Doc# 27-1   Filed: 02/16/17   Entered: 02/16/17 10:40:33   Page 1 of 2

# CERTIFICATE OF SERVICE

On 2/16/2017, I served the foregoing **REQUEST FOR SPECIAL NOTICE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Anthony Robert Fisher, 120 Ricardo Road, Mill Valley, CA 94941

Kathleen Blackburn Fisher, 120 Ricardo Road, Mill Valley, CA 94941

DEBTORS´ COUNSEL
Catherine Eranthe, 4040 Civic Center Dr. #200, San Rafael, CA 94903

TRUSTEE
David Burchard, P.O. Box 8059, Foster City, CA 94404

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 2/16/2017     /s/ Christian Aguilar
                     Christian Aguilar

2